In re Nomination Petition of Emilio VAZQUEZ for the 179th District in the Pennsylvania House of Representatives.

Appeal of Emilio A. Vazquez.

Supreme Court of Pennsylvania.

April 18, 2006.

### ORDER

PER CURIAM.

AND NOW, this 18th day of April, 2006, the Order of the Commonwealth Court is hereby **AFFIRMED.**